**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED FOOD AND COMMERCIAL WORKERS INTERNATIONAL UNION-INDUSTRY PENSION FUND,** *et al.,* )<br><br>)<br><br>) | |
| ) | **Case No. 1:21-cv-1585** |
| **Plaintiffs,** ) | **District Judge Feinerman** |
| **v.** )<br><br>) | |
| **ALAN GORDON,** *et al.,* )<br><br>) | |
| **Defendants.** )<br><br>) | |

## CONSENT JUDGMENT AND ORDER

Upon agreement of the parties, Plaintiffs United Food and Commercial Workers International Union-Industry Pension Fund and its Trustees ("Plaintiffs") and Defendants Alan Gordon d/b/a County Distributors, Inc. and Waybest Foods, Gordon Holdings, LLC, Gordon Commodities, LLC and E&S Marketing, Inc. ("Defendants") hereby stipulate to entry of judgment in favor of Plaintiffs and against Gordon Holdings, LLC only, as set forth herein:

WHEREFORE, judgment is hereby entered in favor of Plaintiffs and against Gordon Holdings, LLC; and it is

FURTHER ORDERED, that Plaintiffs are awarded and Gordon Holdings, LLC shall pay to Plaintiffs a judgment in the total amount of $1,454,500.00, subject to the terms and conditions of the Parties' Settlement Agreement; and it is

FURTHER ORDERED, that this Consent Judgment and Order is subject to execution in any court of competent jurisdiction, and any and all terms of this Consent Judgment and Order may be enforced by Plaintiffs in any court of competent jurisdiction, subject to the terms and conditions of the Parties' Settlement Agreement.

IT IS SO ORDERED on this 27th day of July, 2021.

_____
JUDGE GARY FEINERMAN

AGREED:

 */s/ David Huffman-Gottschling*

Sherrie E. Voyles, Esq. (Bar No. 06242386)
svoyles@jbosh.com
David Huffman-Gottschling, Esq. (Bar No. 06269976)
davidhg@jbosh.com
JACOBS, BURNS, ORLOVE & HERNANDEZ
150 North Michigan Avenue, Suite 1000
Chicago, IL 60601
(312) 327-3444

Jeffrey S. Endick, Esq.
jendick@slevinhart.com
Christopher M. Leins, Esq.
cleins@slevinhart.com
Kristina F. Salamoun, Esq.
ksalamoun@slevinhart.com
SLEVIN & HART, P.C.
1625 Massachusetts Ave., N.W., Suite 450
Washington, DC  20036
Phone: (202) 797-8700
Fax: (202) 234-8231

*Counsel for Plaintiffs*

20991459v1

 */s/ William T. Daniels*

William T. Daniels (Bar No. 6224750)
wdaniels@lanermuchin.com
Christina Wernick (Bar No. 6286644)
cwernick@lanermuchin.com
LANER MUCHIN, LTD.
515 N. State Street, Suite 2800
Chicago, IL 60654
(312) 467-9800

*Counsel for Defendants*

2